UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MARY KATHLEEN FRY, )
)
    Plaintiff, )
) NO. CV-11-199-JPH
    vs. )
) **JUDGMENT IN A**
MICHAEL J. ASTRUE, ) **CIVIL CASE**
Commissioner of Social Security, )
)
    Defendant. )
)
_____)

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 26th day of November, 2012.

                             JAMES R. LARSEN
                             District Court Executive/Clerk

                           by: __s/ Karen White_____
                                 Deputy Clerk

cc: all counsel